ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

SEP 0 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
TIMOTHY DAVID SCHLAK ) Case No. 07-53936 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497125 for an unclaimed dividend in the amount of $41.44. The name and address of the claimant entitled to the unclaimed dividend is as follows;

TIMOTHY DAVID SCHLAK
4960 ALMADEN EXPY #269
SAN JOSE, CA 95118

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 07-53936  Doc# 54  Filed: 09/07/11  Entered: 09/12/11 15:06:37  Page 1 of 1
07-53936 ASW - Notice of Unclaimed Dividend